## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | |
|---|---|
| JOYCE LOUISE CRAIN | * |
| | * |
| Plaintiff | * |
| | * |
| VS. | * |
| | *   NO:  4:10CV00730  SWW |
| MICHAEL J. ASTRUE, Commissioner, | * |
| Social Security Administration | * |
| | * |
| | * |
| Defendant | * |

## **JUDGMENT**

Consistent with the Order that was entered on this day,  it is CONSIDERED, ORDERED, and  ADJUDGED  that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS   19th  DAY OF SEPTEMBER, 2011.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE